INCORPORATED, Respondents, and Others, Defendants. (Appeal No. 2.) — Order modified by striking out the provision limiting the examination by the order of January 30, 1928, and by directing that the examination be had as provided in *Pollard* v. *Card* (*ante*, p. 812), decided herewith. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIOLA NEWTON, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, reversed upon the law and a new trial ordered. The trial court erred in refusing to permit defendant's counsel to examine the police officer as to the identification marks upon the face of the slips. Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., and Rich, J., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY GELLIS, Appellant, v. THE SHERIFF OF THE COUNTY OF WESTCHESTER and THE WARDEN OF THE COUNTY PENITENTIARY AT WHITE PLAINS, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay pending application for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ. Settle order and form of undertaking on one day's notice.

FELNORE REALTY CORPORATION, Appellant, v. SAMUEL MICHAEL and Others, Respondents. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

FELNORE REALTY CORPORATION, Appellant, v. SAMUEL MICHAEL and Others, Respondents. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands Located on Hicks and Huntington Streets, Adjoining Premises of Public School No. 27, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion for payment of award granted. The moneys are to be paid to the guardian jointly with the clerk of the Surrogate's Court. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

CHARLES E. ALDRICH, JR., Appellant, v. TURNER, CARTER COMPANY, INC., Respondent.— Order denying plaintiff's motion to strike out answer and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

ANSIL TRADING CORPORATION, Designated as ANSEL TRADING CORPORATION, Respondent, v. LOUISA ELLINGWOOD HECTOR, as the Executrix, etc., of STEWART OMMANEY HECTOR, Appellant, and Others, Defendants.— Order granting motion to strike out answer and for judgment on the pleadings reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Since there are denials in the answer, motion for a judgment on the pleadings could not be granted. If, however, the motion be deemed one to strike out denials as sham and frivolous, the denials of knowledge or information sufficient to form a belief as to the allegations of paragraph 2 of the complaint, and that part of paragraph 3 which alleges a sale by the city of New York to the plain-